RECEIVED
IN ALEXANDRIA, LA.

JAN 1 1 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LEON DUFFY | CIVIL ACTION NO. 12-1871 |
| VERSUS | JUDGE TRIMBLE |
| JAMES LEBLANC, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the magistrate judge previously filed herein, and after an independent review of the record, noting the absence of objections filed by plaintiff, and having determined that the findings and recommendation are correct under applicable law; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's civil rights complaint is **DISMISSED** with prejudice for failing to state a claim as to which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 11th day of January, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE